RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
AIM IP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

|  |  |
|---|---|
| AIM IP, LLC, a California limited liability company, | Case No. **SACV11-00533    RNB** |
| Plaintiff, | **AIM IP, LLC'S COMPLAINT FOR PATENT INFRINGEMENT** |
| vs. | |
| CISCO SYSTEMS, INC., a California corporation; HEWLETT-PACKARD COMPANY, a Delaware corporation; AVAYA INC., a Delaware corporation; D-LINK SYSTEMS, INC., a California corporation; SKYPE TECHNOLOGIES S.A., a Luxembourg corporation; SKYPE, INC., a California corporation; SONUS NETWORK, INC., a Delaware corporation; GRANDSTREAM NETWORKS, INC., a Delaware corporation; MITEL NETWORKS CORPORATION, a Canadian corporation; and HELLOSOFT, INC, a Delaware corporation. | **JURY TRIAL DEMANDED** |
| Defendants. | |

COMPLAINT

Plaintiff AIM IP, LLC ("AIM IP") alleges as follows:

1.      This case is an action for patent infringement under the Patent Laws of the United States, as set forth in 35 U.S.C. §§271 and 280 through 285.

## PARTIES

2.      AIM IP is a limited liability company organized under the laws of the State of California, with its principal place of business located at 26522 La Alameda Ave., Suite 360, Mission Viejo, California 92691.

3.      On information and belief, defendant Cisco Systems, Inc. ("Cisco") is a corporation organized under the laws of the State of California, with its principal place of business located at 170 West Tasman Drive, San Jose, California 95134, and is doing business in this judicial district and elsewhere.

4.      On information and belief, defendant Hewlett-Packard Company ("HP") is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 3000 Hanover Street, Palo, Alto, CA 94303, and is doing business in this judicial district and elsewhere.

5.      On information and belief, defendant Avaya Inc. ("Avaya") is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 211 Mount Airy Road, Basking Ridge, New Jersey 07920, and is doing business in this judicial district and elsewhere.

6.      On information and belief, defendant D-Link Systems, Inc. ("D-Link") is a corporation organized under the law of the State of California, with its principal place of business located at 17595 Mt. Herrmann St., Fountain Valley, California 92708, and is doing business in this judicial district and elsewhere.

7.      On information and belief, defendant Skype Technologies S.A. ("Skype Technologies") is a corporation organized under the laws of Luxembourg, with its principal place of business located at 23-29 Rives de Clausen, L-2165, Luxembourg, and is doing business in this judicial district and elsewhere.

RUSS, AUGUST & KABAT

1

8.     On information and belief, defendant Skype, Inc. ("Skype") is a corporation organized under the laws of the State of California, with its principal place of business at 3210 Porter Drive, Palo Alto, California 94304, and is doing business in this judicial district and elsewhere.

9.     On information and belief, defendant Sonus Network, Inc. ("Sonus") is a corporation organized under the laws of the State of Delaware, with its principal place of business at 4 Technology Park Drive, Westford, MA 01886, and is doing business in this judicial district and elsewhere.

10.     On information and belief, defendant Grandstream Networks, Inc. ("Grandstream") is a corporation organized under the laws of the State of Delaware, with its principal place of business at 1297 Beacon Street, 2nd Floor, Brookline, Massachusetts 02446, and is doing business in this judicial district and elsewhere.

11.     On information and belief, defendant Mitel Networks Corporation ("Mitel") is a corporation organized under organized under the laws of Canada, with its headquarters located at 350 Legget Drive, Ottawa, Ontario, Canada K2K2W7, and with its principal place of business in the United States at 7300 W. Boston, Chandler, Arizona 85226, and is doing business in this judicial district and elsewhere.

12.     On information and belief, defendant HelloSoft, Inc. ("HelloSoft") is a corporation organized under the laws of the State of Delaware, with its principal place of business at 640 W California Ave, Sunnyvale, CA 94086, and is doing business in this judicial district and elsewhere.

## JURISDICTION AND VENUE

13.     This Court has federal subject matter jurisdiction over this action under 28 U.S.C. §§1331, 1332(a)(1), 1332(c)(1) and 1338(a).

14.     Venue is proper in this Court pursuant to 28 U.S.C. §§1391(a), 1391(c), and 1400(b), including without limitation because Defendants are

2

COMPLAINT

1  advertising, marketing, using, selling, and/or offering to sell products in this

2  Judicial District.

3  **FIRST CAUSE OF ACTION FOR PATENT INFRINGEMENT**

4  15.    AIM IP repeats and realleges the allegations contained in paragraphs 1

5  through 14 above, inclusive, as if fully repeated and restated herein.

6  16.    AIM IP is the owner by assignment of United States Patent No.

7  5,920,853 ("the '853 Patent") entitled "Signal Compression Using Index Mapping

8  Technique For The Sharing Of Quantization Tables." The '853 Patent issued on

9  July 6, 1999. A true and correct copy of the '853 Patent is attached as Exhibit A.

10  17.    Adil Benyassine, Huan-Yu Su, and Eyal Shlomot are listed as the

11  inventors of the '853 Patent.

12  18.    Upon information and belief, Cisco has been and now is directly,

13  jointly and/or indirectly infringing, by way of inducing infringement and/or

14  contributing to the infringement of the '853 Patent in the State of California, in this

15  judicial district, and elsewhere in the United States by, among other things,

16  advertising, marketing, using, selling, and/or offering to sell products (including,

17  but not limited to, the Cisco Unified IP Phone 6900 Series, Cisco SPA525G2 5-

18  Line IP Phone, Cisco SPA525G 5-Line IP Phone, Cisco SPA 301 1-Line IP Phone,

19  Cisco SPA 303 1-Line IP Phone, Cisco Unified IP Phone 7902G, Cisco Unified IP

20  Phone 7905G, Cisco Unified IP Phone 7906G, Cisco Unified IP Phone 7911G,

21  Cisco Unified IP Phone 7912G, Cisco Unified IP Phone 7931G, Cisco Unified IP

22  Phone 7942G, Cisco Unified IP Phone 7945G, Cisco Unified IP Phone 7962G,

23  Cisco Unified IP Phone 7965G, Cisco Unified IP Phone 7975G, Cisco Unified IP

24  Phone 7985G, Cisco Unified Wireless IP Phone 7921G, Cisco Unified Wireless IP

25  Phone 7925G, Cisco Unified Wireless IP Phone 7925G-EX, Cisco 524G IP Phone,

26  Cisco 521G IP Phone, Cisco VGD 1 T3 Voice Gateway, Cisco WIP310 Wireless-

27  G IP Phone, Cisco WRP400 Wireless-G Broadband Router with 2 Phone Ports,

28  Cisco AS5350 Universal Gateway, Cisco AS5350XM Universal Gateway, Cisco

RUSS, AUGUST & KABAT

3

COMPLAINT

1   AS5400 Series Universal Gateway, Cisco AS5400XM Universal Gateway, Cisco

2   AS5850 Universal Gateway), which support or utilize one or more of the encoder

3   and/or decoder systems claimed in the '853 Patent.

4       19.   Cisco received notice of the '853 Patent and a number of products that

5   are accused of infringing the '853 Patent by letter dated December 20, 2010.

6       20.   Cisco's continuing use of the claimed invention shows an intent to

7   infringe or cause others to infringe the '853 Patent.  In addition, Cisco is willfully

8   infringing the '853 Patent.

9       21.   Upon information and belief, HP has been and now is directly, jointly

10  and/or indirectly infringing, by way of inducing infringement and/or contributing

11  to the infringement of the '853 Patent in the State of California, in this judicial

12  district, and elsewhere in the United States by, among other things, advertising,

13  marketing, using, selling, and/or offering to sell products (including, but not

14  limited to, the HP/3COM 310x IP Phone Series, HP/3COM 350x IP Phone Series,

15  HP/3COM 3100 Entry Phone, HP/3COM 3101 Basic Phone, HP/3COM 3102

16  Business Phone, HP/3COM 3103 Manager Phone, HP/3COM 3106 Cordless

17  Phone, HP/3COM 3107 Cordless Phone, HP/3COM 3108 Wireless Phone,

18  HP/3COM VCX Connect MIM IP Communications Series, HP/3COM VCX

19  V7111 VoIP SIP, HP/3COM VCX V7122 VoIP SIP, HP/3COM VCX V7000 IP

20  Communications Platforms, HP/3COM VCX Connect IP Communications

21  Platforms, HP/3COM V6100 Digital Gateway, HP/3COM V7122 Digital Gateway,

22  HP/3COM 310x IP Phone Series, HP/3COM 350x IP Phone Series, HP/3COM

23  NBX V3001, HP VCX Connect 200 Unified Communications Series), which

24  support or utilize one or more of the encoder and/or decoder systems claimed in

25  the '853 Patent.

26      22.   HP received notice of the '853 Patent and a number of products that

27  are accused of infringing the '853 Patent by letter dated December 20, 2010.

28

RUSS, AUGUST & KABAT

23.    HP's continuing use of the claimed invention shows an intent to infringe or cause others to infringe the '853 Patent.  In addition, HP is willfully infringing the '853 Patent.

24.    Upon information and belief, Avaya has been and now is directly, jointly and/or indirectly infringing, by way of inducing infringement and/or contributing to the infringement of the '853 Patent in the State of California, in this judicial district, and elsewhere in the United States by, among other things, advertising, marketing, using, selling, and/or offering to sell products (including, but not limited to, the Avaya 1150E IP Deskphone, Avaya 1140E IP Deskphone, Avaya 1120E IP Deskphone, Avaya 1220 IP Deskphone, Avaya 1210 IP Deskphone, Avaya 5602 IP Deskphone, Avaya 9650 IP Deskphone, Avaya 4600 Series IP Deskphone, Avaya One-X Communicator), which support or utilize one or more of the encoder and/or decoder systems claimed in the '853 Patent.

25.    Avaya received notice of the '853 Patent and a number of products that are accused of infringing the '853 Patent by letter dated December 20, 2010.

26.    Avaya's continuing use of the claimed invention shows an intent to infringe or cause others to infringe the '853 Patent.  In addition, Avaya is willfully infringing the '853 Patent.

27.    Upon information and belief, D-Link has been and now is directly, jointly and/or indirectly infringing, by way of inducing infringement and/or contributing to the infringement of the '853 Patent in the State of California, in this judicial district, and elsewhere in the United States by, among other things, advertising, marketing, using, selling, and/or offering to sell products (including, but not limited to, the DPH-140S Business IP Phone, DPH-540, DPH-541 Wi-Fi® Phone, DVX-2000MS-5P VoiceCenter™ Multiline IP Phone System, 5-Phone Kit for Microsoft® Response Point™, DVX-2000MS-10P VoiceCenter™ Multiline IP Phone System, 10-Phone Kit for Microsoft® Response Point™, DPH-128MS VoiceCenter™ Multiline IP Phone for Microsoft® Response Point™, DPH-

RUSS, AUGUST & KABAT

5

125MS VoiceCenter™ IP Phone for Microsoft® Response Point™, DVX-2000MS-5 VoiceCenter™ IP Phone System, 5-Phone Kit for Microsoft® Response Point™, DVX-2000MS-10 VoiceCenter™ IP Phone System, 10-Phone Kit for Microsoft® Response Point™, DPH-140S-PD IP Phone for Worksmart™ Services), which support or utilize one or more of the encoder and/or decoder systems claimed in the '853 Patent.

28.    D-Link received notice of the '853 Patent and a number of products that are accused of infringing the '853 Patent by letter dated December 20, 2010.

29.    D-Link's continuing use of the claimed invention shows an intent to infringe or cause others to infringe the '853 Patent. In addition, D-Link is willfully infringing the '853 Patent.

30.    Upon information and belief, Skype Technologies and Skype have been and now are directly, jointly and/or indirectly infringing, by way of inducing infringement and/or contributing to the infringement of the '853 Patent in the State of California, in this judicial district, and elsewhere in the United States by, among other things, advertising, marketing, using, selling, and/or offering to sell products (including, but not limited to, Skype Connect, Grandstream GXV34140 IP Multimedia Phone, Grandstream GXW4004 FXS Analog Gateway, Grandstream GXW4008 FXS Analog Gateway, Grandstream GXE5024 IP PBX, Grandstream GXE5028 IP PBX, Grandstream GXV3140 Dual Stack Skype & SIP Phone), which support or utilize one or more of the encoder and/or decoder systems claimed in the '853 Patent.

31.    Skype received notice of the '853 Patent and a number of products that are accused of infringing the '853 Patent by letter dated December 20, 2010.

32.    Skype's continuing use of the claimed invention shows an intent to infringe or cause others to infringe the '853 Patent. In addition, Skype is willfully infringing the '853 Patent.

COMPLAINT

RUSS, AUGUST & KABAT

33.     Upon information and belief, Sonus has been and now is directly, jointly and/or indirectly infringing, by way of inducing infringement and/or contributing to the infringement of the '853 Patent in the State of California, in this judicial district, and elsewhere in the United States by, among other things, advertising, marketing, using, selling, and/or offering to sell products (including, but not limited to, the SGX4000 Universal Signaling Gateway, Sonus GSX4000, and Sonus GSX9000), which support or utilize one or more of the encoder and/or decoder systems claimed in the '853 Patent.

34.     Sonus received notice of the '853 Patent and a number of products that are accused of infringing the '853 Patent by letter dated January 10, 2011.

35.     Sonus's continuing use of the claimed invention shows an intent to infringe or cause others to infringe the '853 Patent.  In addition, Sonus is willfully infringing the '853 Patent.

36.     Upon information and belief, Grandstream has been and now is directly, jointly and/or indirectly infringing, by way of inducing infringement and/or contributing to the infringement of the '853 Patent in the State of California, in this judicial district, and elsewhere in the United States by, among other things, advertising, marketing, using, selling, and/or offering to sell products (including, but not limited to, the GXP280 Small Business 1-line IP Phone, GXP285 Small Business 1-line PoE IP Phone, GXP1200 Entry Level 2-line IP Phone, GXP1450 Enterprise HD IP Telephone, GXP2100 4-line Desktop HD Telephone, GXP2010 4-line Key System IP Phone, GXW400x IP Analog Gateway Series, GXW4024 IP Analog Gateway, GXW410x FXO Analog Gateway, HandyTone 286 (HT286) Analog Telephone Adaptor, HandyTone 502 (HT502) Analog Telephone Adaptor , HandyTone HT503 ATA/IAD , GXV3175 IP Multimedia Phone, GXP2020 6-line Enterprise IP Phone, GXP2110 4-line Key System IP Phone, GXP2120 6-line Executive HD Telephone, GVX-300x Telephones, GXV3140 IP Multimedia Phone, BudgeTone-200/201 SIP Phone, GXE502x IPPBX), which support or

7

1  utilize one or more of the encoder and/or decoder systems claimed in the '853

2  Patent.

3      37.    Grandstream received notice of the '853 Patent and a number of

4  products that are accused of infringing the '853 Patent by letter dated January 26,

5  2011.

6      38.    Grandstream's continuing use of the claimed invention shows an

7  intent to infringe or cause others to infringe the '853 Patent.   In addition,

8  Grandstream is willfully infringing the '853 Patent.

9      39.    Upon information and belief, Mitel has been and now is directly,

10  jointly and/or indirectly infringing, by way of inducing infringement and/or

11  contributing to the infringement of the '853 Patent in the State of California, in this

12  judicial district, and elsewhere in the United States by, among other things,

13  advertising, marketing, using, selling, and/or offering to sell products (including,

14  but not limited to, the Mitel 5304, 5312, 5324, 5330, 5340 and Navigator IP

15  Phones, and Mitel  IP-DECT Solution), which support or utilize one or more of the

16  encoder and/or decoder systems claimed in the '853 Patent.

17      40.    Mitel received notice of the '853 Patent and a number of products that

18  are accused of infringing the '853 Patent by letter dated December 20, 2010.

19      41.    Mitel's continuing use of the claimed invention shows an intent to

20  infringe or cause others to infringe the '853 Patent.  In addition, Mitel is willfully

21  infringing the '853 Patent.

22      42.    Upon information and belief, HelloSoft has been and now is directly,

23  jointly and/or indirectly infringing, by way of inducing infringement and/or

24  contributing to the infringement of the '853 Patent in the State of California, in this

25  judicial district, and elsewhere in the United States by, among other things,

26  advertising, marketing, using, selling, and/or offering to sell products (including,

27  but not limited to, the HelloGateway, HellopIPPhone, HelloMobileCommunicator,

28  HelloMobileCommunicator-Lite,            HelloCommunicator-Lite            PC,

RUSS, AUGUST & KABAT

8

HelloCommunicator PC), which support or utilize one or more of the encoder and/or decoder systems claimed in the '853 Patent.

43.    HelloSoft received notice of the '853 Patent and a number of products that are accused of infringing the '853 Patent by letter dated January 12, 2011.

44.    HelloSoft's continuing use of the claimed invention shows an intent to infringe or cause others to infringe the '853 Patent.   In addition, HelloSoft is willfully infringing the '853 Patent.

45.    As a result of Defendants' infringement of the '853 Patent, AIM IP has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendants' infringing activities are enjoined by this Court.

46.    Defendants' wrongful acts have damaged and will continue to damage AIM IP irreparably, and AIM IP has no adequate remedy at law for those wrongs and injuries.   In addition to their actual damages, AIM IP is entitled to an injunction restraining and enjoining Defendants and their agents, servants and employees, and all persons acting thereunder, in concert with, or on their behalf, from infringing the '853 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE, AIM IP respectfully requests that this Court enter:

1.    A judgment in favor of AIM IP that each of the Defendants has infringed, directly and/or indirectly, by way of inducing and/or contributing to the infringement of the '853 Patent;

2.    An injunction enjoining Defendants and their officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert or privity with any of them from infringing, inducing the infringement of, or contributing to the infringement of the '853 Patent;

9

COMPLAINT

3.     A judgment and order requiring an accounting and Defendants to pay AIM IP its damages, costs, expenses, and prejudgment and post-judgment interest for Defendants' infringement of the '853 Patent as provided under 35 U.S.C. § 284;

4.     An award to AIM IP for enhanced damages, as provided under 35 U.S.C. § 284, resulting from the knowing, deliberate, and willful nature of Defendants' prohibited conduct;

5.     A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to AIM IP its reasonable attorneys' fees; and

6.     Any and all other relief to which AIM IP may show itself to be entitled.


## JURY TRIAL DEMANDED

AIM IP hereby demands a trial by jury of all issues so triable.


Respectfully submitted,

Dated:  April 6, 2011          **RUSS AUGUST & KABAT**

By: _Alexander C.D. Giza_
       Alexander C.D. Giza

Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:  (310) 826-6991

Attorneys for Plaintiff
AIM IP, LLC

COMPLAINT

# EXHIBIT A

US005920853A

# United States Patent [19]

## Benyassine et al.

[11] Patent Number: **5,920,853**

[45] Date of Patent: **Jul. 6, 1999**

[54] **SIGNAL COMPRESSION USING INDEX MAPPING TECHNIQUE FOR THE SHARING OF QUANTIZATION TABLES**

[75] Inventors: **Adil Benyassine**, Costa Mesa; **Huan-Yu Su**, San Clemente; **Eyal Shlomot**, Irvine, all of Calif.

[73] Assignee: **Rockwell International Corporation**, Newport Beach, Calif.

[21] Appl. No.: **08/702,780**

[22] Filed: **Aug. 23, 1996**

[51] Int. Cl.⁶ ............................... **G06F 17/30; G06F 5/00**

[52] U.S. Cl. ..................... **707/1**; 382/232; 382/253; 704/222; 395/200.77

[58] Field of Search ........................... 395/2.09, 200.77; 704/500, 222, 230; 707/1, 3; 348/384, 405, 414, 417, 418, 422; 382/232, 253, 305

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,963,030 | 10/1990 | Makur | 348/422 |
| 4,969,192 | 11/1990 | Chen et al. | 704/222 |
| 5,253,053 | 10/1993 | Chu et al. | 348/384 |
| 5,300,931 | 4/1994 | Lindsay et al. | 341/106 |
| 5,420,639 | 5/1995 | Perkins | 348/418 |
| 5,506,801 | 4/1996 | Tawel | 364/807 |
| 5,524,170 | 6/1996 | Matsuo et al. | 704/222 |
| 5,592,227 | 1/1997 | Feng | 348/414 |
| 5,619,717 | 4/1997 | Staats | 395/800.36 |

Primary Examiner—Maria N. Von Buhr
Attorney, Agent, or Firm—Philip K. Yu

[57] **ABSTRACT**

A signal compression system includes a coder and a decoder. The coder includes an extract unit for extracting an input feature vector from an input signal, a coder memory unit for storing a predesigned vector quantization (VQ) table for the coder such that the coder memory unit uses a set of primary indices to address entries within the pre-designed VQ table, a coder mapping unit for mapping indices from a set of secondary indices to the first set of indices, and a search unit for searching for one index out of the set of secondary indices, wherein the index from the set of secondary indices corresponds to an entry in the coder memory unit, and the entry best represents the input feature vector according to some predetermined criteria. On the decoder side, the decoder includes a decoder memory unit for storing the same pre-designed VQ table and set of primary indices as the coder memory unit, a decoder mapping unit, and a retrieval unit, wherein the entry indicated by the index best represents the input feature vector.

**15 Claims, 13 Drawing Sheets**





**Figure 1      (Prior Art)**



*Figure 2*     *(Prior Art)*



Figure 3

(Prior Art)



_FIG. 4._



_FIG. 5._

**U.S. Patent**     Jul. 6, 1999     Sheet 6 of 13     5,920,853

VQ Table 1:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1486 | 2168 | 3751 | 9074 | 12134 | 13944 | 17983 | 19173 | 21190 | 21820 |
| 1730 | 2640 | 3450 | 4870 | 6126 | 7876 | 15644 | 17817 | 20294 | 21902 |
| 1568 | 2256 | 3088 | 4874 | 11063 | 13393 | 18307 | 19293 | 21109 | 21741 |
| 1733 | 2512 | 3357 | 4708 | 6977 | 10296 | 17024 | 17956 | 19145 | 20350 |
| 1744 | 2436 | 3308 | 8731 | 10432 | 12007 | 15614 | 16639 | 21359 | 21913 |
| 1786 | 2369 | 3372 | 4521 | 6795 | 12963 | 17674 | 18988 | 20855 | 21640 |
| 1631 | 2433 | 3361 | 6328 | 10709 | 12013 | 13277 | 13904 | 19441 | 21088 |
| 1489 | 2364 | 3291 | 6250 | 9227 | 10403 | 13843 | 15278 | 17721 | 21451 |
| 1869 | 2533 | 3475 | 4365 | 9152 | 14513 | 15908 | 17022 | 20611 | 21411 |
| 2070 | 3025 | 4333 | 5854 | 7805 | 9231 | 10597 | 16047 | 20109 | 21834 |
| 1910 | 2673 | 3419 | 4261 | 11168 | 15111 | 16577 | 17591 | 19310 | 20265 |
| 1141 | 1815 | 2624 | 4623 | 6495 | 9588 | 13968 | 16428 | 19351 | 21286 |
| 2192 | 3171 | 4707 | 5808 | 10904 | 12500 | 14162 | 15664 | 21124 | 21789 |
| 1286 | 1907 | 2548 | 3453 | 9574 | 11964 | 15978 | 17344 | 19691 | 22495 |
| 1921 | 2720 | 4604 | 6684 | 11503 | 12992 | 14350 | 15262 | 16997 | 20791 |
| 2052 | 2759 | 3897 | 5246 | 6638 | 10267 | 15834 | 16814 | 18149 | 21675 |
| 1798 | 2497 | 5617 | 11449 | 13189 | 14711 | 17050 | 18195 | 20307 | 21182 |
| 1009 | 1647 | 2889 | 5709 | 9541 | 12354 | 15231 | 18494 | 20966 | 22033 |
| 3016 | 3794 | 5406 | 7469 | 12488 | 13984 | 15328 | 16334 | 19952 | 20791 |
| 2203 | 3040 | 3796 | 5442 | 11987 | 13512 | 14931 | 16370 | 17856 | 18803 |
| 2912 | 4292 | 7988 | 9572 | 11562 | 13244 | 14556 | 16529 | 20004 | 21073 |
| 2861 | 3607 | 5923 | 7034 | 9234 | 12054 | 13729 | 18056 | 20262 | 20974 |
| 3069 | 4311 | 5967 | 7367 | 11482 | 12699 | 14309 | 16233 | 18333 | 19172 |
| 2434 | 3661 | 4866 | 5798 | 10383 | 11722 | 13049 | 15668 | 18862 | 19831 |
| 2020 | 2605 | 3860 | 9241 | 13275 | 14644 | 16010 | 17099 | 19268 | 20251 |
| 1877 | 2809 | 3590 | 4707 | 11056 | 12441 | 15622 | 17168 | 18761 | 19907 |
| 2107 | 2873 | 3673 | 5799 | 13579 | 14687 | 15938 | 17077 | 18890 | 19831 |
| 1612 | 2284 | 2944 | 3572 | 8219 | 13959 | 15924 | 17239 | 18592 | 20117 |
| 2420 | 3156 | 6542 | 10215 | 12061 | 13534 | 15305 | 16452 | 18717 | 19880 |
| 1667 | 2612 | 3534 | 5237 | 10513 | 11696 | 12940 | 16798 | 18058 | 19378 |
| 2388 | 3017 | 4839 | 9333 | 11413 | 12730 | 15024 | 16248 | 17449 | 18677 |
| 1875 | 2786 | 4231 | 6320 | 8694 | 10149 | 11785 | 17013 | 18608 | 19960 |
| 679 | 1411 | 4654 | 8006 | 11446 | 13249 | 15763 | 18127 | 20361 | 21567 |
| 1838 | 2596 | 3578 | 4608 | 5650 | 11274 | 14355 | 15886 | 20579 | 21754 |
| 1303 | 1955 | 2395 | 3322 | 12023 | 13764 | 15883 | 18077 | 20180 | 21232 |
| 1438 | 2102 | 2663 | 3462 | 8328 | 10362 | 13763 | 17248 | 19732 | 22344 |
| 860 | 1904 | 6098 | 7775 | 9815 | 12007 | 14821 | 16709 | 19787 | 21132 |
| 1673 | 2723 | 3704 | 6125 | 7668 | 9447 | 13683 | 14443 | 20538 | 21731 |
| 1246 | 1849 | 2902 | 4508 | 7221 | 12710 | 14835 | 16314 | 19335 | 22720 |
| 1525 | 2260 | 3862 | 5659 | 7342 | 11748 | 13370 | 14442 | 18044 | 21334 |
| 1196 | 1846 | 3104 | 7063 | 10972 | 12905 | 14814 | 17037 | 19922 | 22636 |
| 2147 | 3106 | 4475 | 6511 | 8227 | 9765 | 10984 | 12161 | 18971 | 21300 |
| 1585 | 2405 | 2994 | 4036 | 11481 | 13177 | 14519 | 15431 | 19967 | 21275 |
| 1778 | 2688 | 3614 | 4680 | 9465 | 11064 | 12473 | 16320 | 19742 | 20800 |
| 1862 | 2586 | 3492 | 6719 | 11708 | 13012 | 14364 | 16128 | 19610 | 20425 |
| 1395 | 2156 | 2669 | 3386 | 10607 | 12125 | 13614 | 16705 | 18976 | 21367 |
| 1444 | 2117 | 3286 | 6233 | 9423 | 12981 | 14998 | 15853 | 17188 | 21857 |
| 2004 | 2895 | 3783 | 4897 | 6168 | 7297 | 12609 | 16445 | 19297 | 21465 |
| 1495 | 2863 | 6360 | 8100 | 11399 | 14271 | 15902 | 17711 | 20479 | 22061 |
| 2484 | 3114 | 5718 | 7097 | 8400 | 12616 | 14073 | 14847 | 20535 | 21396 |
| 2424 | 3277 | 5296 | 6284 | 11290 | 12903 | 16022 | 17508 | 19333 | 20283 |
| 2565 | 3778 | 5360 | 6989 | 8782 | 10428 | 14390 | 15742 | 17770 | 21734 |
| 2727 | 3384 | 6613 | 9254 | 10542 | 12236 | 14651 | 15687 | 20074 | 21102 |

**Figure 6 (1 of 5)**     **Prior Art**

**U.S. Patent**          Jul. 6, 1999          Sheet 7 of 13          **5,920,853**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1916 | 2953 | 6274 | 8088 | 9710 | 10925 | 12392 | 16434 | 20010 | 21183 |
| 3384 | 4366 | 5349 | 7667 | 11180 | 12605 | 13921 | 15324 | 19901 | 20554 |
| 3075 | 4283 | 5951 | 7619 | 9604 | 11010 | 12384 | 14006 | 20658 | 21497 |
| 1751 | 2455 | 5147 | 9966 | 11621 | 13176 | 14739 | 16470 | 20788 | 21786 |
| 1442 | 2188 | 3330 | 6813 | 8929 | 12135 | 14476 | 15306 | 19635 | 20544 |
| 2294 | 2895 | 4070 | 8035 | 12233 | 13416 | 14762 | 17367 | 18952 | 19688 |
| 1937 | 2659 | 4602 | 6697 | 9071 | 12863 | 14197 | 15230 | 16047 | 18877 |
| 2071 | 2663 | 4216 | 9445 | 10887 | 12292 | 13949 | 14909 | 19236 | 20341 |
| 1740 | 2491 | 3488 | 8138 | 9656 | 11153 | 13206 | 14688 | 20896 | 21907 |
| 2199 | 2881 | 4675 | 8527 | 10051 | 11408 | 14435 | 15463 | 17190 | 20597 |
| 1943 | 2988 | 4177 | 6039 | 7478 | 8536 | 14181 | 15551 | 17622 | 21579 |
| 1825 | 3175 | 7062 | 9818 | 12824 | 15450 | 18330 | 19856 | 21830 | 22412 |
| 2464 | 3046 | 4822 | 5977 | 7696 | 15398 | 16730 | 17646 | 20588 | 21320 |
| 2550 | 3393 | 5305 | 6920 | 10235 | 14083 | 18143 | 19195 | 20681 | 21336 |
| 3003 | 3799 | 5321 | 6437 | 7919 | 11643 | 15810 | 16846 | 18119 | 18980 |
| 3455 | 4157 | 6838 | 8199 | 9877 | 12314 | 15905 | 16826 | 19949 | 20892 |
| 3052 | 3769 | 4891 | 5810 | 6977 | 10126 | 14788 | 15990 | 19773 | 20904 |
| 3671 | 4356 | 5827 | 6997 | 8460 | 12084 | 14154 | 14939 | 19247 | 20423 |
| 2716 | 3684 | 5246 | 6686 | 8463 | 10001 | 12394 | 14131 | 16150 | 19776 |
| 1945 | 2638 | 4130 | 7995 | 14338 | 15576 | 17057 | 18206 | 20225 | 20997 |
| 2304 | 2928 | 4122 | 4824 | 5640 | 13139 | 15825 | 16938 | 20108 | 21054 |
| 1800 | 2516 | 3350 | 5219 | 13406 | 15948 | 17618 | 18540 | 20531 | 21252 |
| 1436 | 2224 | 2753 | 4546 | 9657 | 11245 | 15177 | 16317 | 17489 | 19135 |
| 2319 | 2899 | 4980 | 6936 | 8404 | 13489 | 15554 | 16281 | 20270 | 20911 |
| 2187 | 2919 | 4610 | 5875 | 7390 | 12556 | 14033 | 16794 | 20998 | 21769 |
| 2235 | 2923 | 5121 | 6259 | 8099 | 13589 | 15340 | 16340 | 17927 | 20019 |
| 1765 | 2638 | 3751 | 5730 | 7883 | 10108 | 13633 | 15419 | 16808 | 18574 |
| 3460 | 5741 | 9596 | 11742 | 14413 | 16080 | 18173 | 19090 | 20845 | 21601 |
| 3735 | 4426 | 6199 | 7363 | 9250 | 14489 | 16035 | 17026 | 19873 | 20876 |
| 3521 | 4778 | 6887 | 8680 | 12717 | 14322 | 15950 | 18050 | 20166 | 21145 |
| 2141 | 2968 | 6865 | 8051 | 10010 | 13159 | 14813 | 15861 | 17528 | 18655 |
| 4148 | 6128 | 9028 | 10871 | 12686 | 14005 | 15976 | 17208 | 19587 | 20595 |
| 4403 | 5367 | 6634 | 8371 | 10163 | 11599 | 14963 | 16331 | 17982 | 18768 |
| 4091 | 5386 | 6852 | 8770 | 11563 | 13290 | 15728 | 16930 | 19056 | 20102 |
| 2746 | 3625 | 5299 | 7504 | 10262 | 11432 | 13172 | 15490 | 16875 | 17514 |
| 2248 | 3556 | 8539 | 10590 | 12665 | 14696 | 16515 | 17824 | 20268 | 21247 |
| 1279 | 1960 | 3920 | 7793 | 10153 | 14753 | 16646 | 18139 | 20679 | 21466 |
| 2440 | 3475 | 6737 | 8654 | 12190 | 14588 | 17119 | 17925 | 19110 | 19979 |
| 1879 | 2514 | 4497 | 7572 | 10017 | 14948 | 16141 | 16897 | 18397 | 19376 |
| 2804 | 3688 | 7490 | 10086 | 11218 | 12711 | 16307 | 17470 | 20077 | 21126 |
| 2023 | 2682 | 3873 | 8268 | 10255 | 11645 | 15187 | 17102 | 18965 | 19788 |
| 2823 | 3605 | 5815 | 8595 | 10085 | 11469 | 16568 | 17462 | 18754 | 19876 |
| 2851 | 3681 | 5280 | 7648 | 9173 | 10338 | 14961 | 16148 | 17559 | 18474 |
| 1348 | 2645 | 5826 | 8785 | 10620 | 12831 | 16255 | 18319 | 21133 | 22586 |
| 2141 | 3036 | 4293 | 6082 | 7593 | 10629 | 17158 | 18033 | 21466 | 22084 |
| 1608 | 2375 | 3384 | 6878 | 9970 | 11227 | 16928 | 17650 | 20185 | 21120 |
| 2774 | 3616 | 5014 | 6557 | 7788 | 8959 | 17068 | 18302 | 19537 | 20542 |
| 1934 | 4813 | 6204 | 7212 | 8979 | 11665 | 15989 | 17811 | 20426 | 21703 |
| 2288 | 3507 | 5037 | 6841 | 8278 | 9638 | 15066 | 16481 | 21653 | 22214 |
| 2951 | 3771 | 4878 | 7578 | 9016 | 10298 | 14490 | 15242 | 20223 | 20990 |
| 3256 | 4791 | 6601 | 7521 | 8644 | 9707 | 13398 | 16078 | 19102 | 20249 |
| 1827 | 2614 | 3486 | 6039 | 12149 | 13823 | 16191 | 17282 | 21423 | 22077 |
| 1000 | 1704 | 3002 | 6335 | 8471 | 10500 | 14878 | 16979 | 20026 | 22427 |
| 1646 | 2286 | 3109 | 7245 | 11493 | 12791 | 16824 | 17667 | 18981 | 20222 |
| 1708 | 2501 | 3315 | 6737 | 8729 | 9924 | 16089 | 17097 | 18374 | 19917 |
| 2623 | 3510 | 4478 | 5645 | 9862 | 11115 | 15219 | 18067 | 19583 | 20382 |

**Figure 6 (2 of 5)**          **Prior Art**

**U.S. Patent**          Jul. 6, 1999          Sheet 8 of 13          **5,920,853**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2518 | 3434 | 4728 | 6388 | 8082 | 9285 | 13162 | 18383 | 19819 | 20552 |
| 1726 | 2383 | 4090 | 6303 | 7805 | 12845 | 14612 | 17608 | 19269 | 20181 |
| 2860 | 3735 | 4838 | 6044 | 7254 | 8402 | 14031 | 16381 | 18037 | 19410 |
| 4247 | 5993 | 7952 | 9792 | 12342 | 14653 | 17527 | 18774 | 20831 | 21699 |
| 3502 | 4051 | 5680 | 6805 | 8146 | 11945 | 16649 | 17444 | 20390 | 21564 |
| 3151 | 4893 | 5899 | 7198 | 11418 | 13073 | 15124 | 17673 | 20520 | 21861 |
| 3960 | 4848 | 5926 | 7259 | 8811 | 10529 | 15661 | 16560 | 18196 | 20183 |
| 4499 | 6604 | 8036 | 9251 | 10804 | 12627 | 15880 | 17512 | 20020 | 21046 |
| 4251 | 5541 | 6654 | 8318 | 9900 | 11686 | 15100 | 17093 | 20572 | 21687 |
| 3769 | 5327 | 7865 | 9360 | 10684 | 11818 | 13660 | 15366 | 18733 | 19882 |
| 3083 | 3969 | 6248 | 8121 | 9798 | 10994 | 12393 | 13686 | 17888 | 19105 |
| 2731 | 4670 | 7063 | 9201 | 11346 | 13735 | 16875 | 18797 | 20787 | 22360 |
| 1187 | 2227 | 4737 | 7214 | 9622 | 12633 | 15404 | 17968 | 20262 | 23533 |
| 1911 | 2477 | 3915 | 10098 | 11616 | 12955 | 16223 | 17138 | 19270 | 20729 |
| 1764 | 2519 | 3887 | 6944 | 9150 | 12590 | 16258 | 16984 | 17924 | 18435 |
| 1400 | 3674 | 7131 | 8718 | 10688 | 12508 | 15708 | 17711 | 19720 | 21068 |
| 2322 | 3073 | 4287 | 8108 | 9407 | 10628 | 15862 | 16693 | 19714 | 21474 |
| 2630 | 3339 | 4758 | 8360 | 10274 | 11333 | 12880 | 17374 | 19221 | 19936 |
| 1721 | 2577 | 5553 | 7195 | 8651 | 10686 | 15069 | 16953 | 18703 | 19929 |

**Figure 6 (3 of 5)          Prior Art**

### VQ Table 2:

| | | | | |
|---|---|---|---|---|
| -435 | -815 | -742 | 1033 | -518 |
| -833 | -891 | 463 | -8 | -1251 |
| -1021 | 231 | -306 | 321 | -220 |
| 57 | -198 | -339 | -33 | -1468 |
| 171 | -350 | 294 | 1660 | 453 |
| -701 | -842 | -58 | 950 | 892 |
| 584 | 31 | -289 | 356 | -333 |
| -109 | -808 | 231 | 77 | -87 |
| -859 | 1236 | 550 | 854 | 714 |
| -877 | -954 | -1248 | -299 | 212 |
| -77 | 344 | -620 | 763 | 413 |
| -314 | -307 | -256 | -1260 | -429 |
| 711 | 693 | 521 | 650 | 1305 |
| -112 | -271 | -500 | 946 | 1733 |
| 575 | -10 | -468 | -199 | 1101 |
| 145 | -285 | -1280 | -398 | 36 |
| -1133 | -835 | 1350 | 1284 | -95 |
| -1459 | -1237 | 416 | -213 | 466 |
| -15 | 66 | 468 | 1019 | -748 |
| -338 | 148 | 1445 | 75 | -760 |
| 389 | 239 | 1568 | 981 | 113 |
| -312 | -98 | 949 | 31 | 1104 |
| 1127 | 584 | 835 | 277 | -1159 |
| 539 | -114 | 856 | -493 | 223 |
| 2197 | 2337 | 1268 | 670 | 304 |
| -1596 | 550 | 801 | -456 | -56 |
| 1154 | 593 | -77 | 1237 | -31 |
| 397 | 558 | 203 | -797 | -919 |
| 334 | 1475 | 632 | -80 | 48 |
| -545 | -330 | -429 | -680 | 1133 |
| 1320 | 827 | -398 | -576 | 341 |
| -163 | 674 | -11 | -886 | 531 |

**Figure 6 (4 of 5)          Prior Art**

**U.S. Patent**          Jul. 6, 1999          Sheet 10 of 13          **5,920,853**

VQ Table 3:

| | | | | |
|---|---|---|---|---|
| 582 | -1201 | 829 | 86 | 385 |
| 1450 | 72 | -231 | 864 | 661 |
| -163 | -526 | -754 | -1633 | 267 |
| 573 | 796 | -169 | -631 | 816 |
| 519 | 291 | 159 | -640 | -1296 |
| 1549 | 715 | 527 | -714 | -193 |
| -457 | 612 | -283 | -1381 | -741 |
| -344 | 1341 | 1087 | -654 | -569 |
| -543 | -1752 | -195 | -98 | -276 |
| -235 | -728 | 949 | 1517 | 895 |
| 502 | -362 | -960 | -483 | 1386 |
| 450 | -466 | -108 | 1010 | 2223 |
| -28 | -378 | 744 | -1005 | 240 |
| 271 | -15 | 909 | -259 | 1688 |
| -1011 | 581 | -53 | -747 | 878 |
| -498 | -1377 | 18 | -444 | 1483 |
| 1015 | -222 | 443 | 372 | -354 |
| 669 | 659 | 1640 | 932 | 534 |
| 1385 | -182 | -907 | -721 | -262 |
| 569 | 1247 | 337 | 416 | -121 |
| 369 | -1003 | -507 | -587 | -904 |
| 72 | -141 | 1465 | 63 | -785 |
| 208 | 301 | -882 | 117 | -404 |
| -912 | 623 | -76 | 276 | -440 |
| -267 | -525 | 140 | 882 | -139 |
| -697 | 865 | 1060 | 413 | 446 |
| 581 | -1037 | -895 | 669 | 297 |
| 3 | 692 | -292 | 1050 | 782 |
| -1061 | -484 | 362 | -597 | -852 |
| -1182 | -744 | 1340 | 262 | 63 |
| -774 | -483 | -1247 | -70 | 98 |
| -1125 | -265 | -242 | 724 | 934 |

**Figure 6 (5 of 5)**          **Prior Art**

Mapping Unit 1

| Secondary Index | Primary Index |
|---|---|
| 0 | 96 |
| 1 | 52 |
| 2 | 20 |
| 3 | 54 |
| 4 | 86 |
| 5 | 114 |
| 6 | 82 |
| 7 | 68 |
| 8 | 36 |
| 9 | 121 |
| 10 | 48 |
| 11 | 92 |
| 12 | 18 |
| 13 | 120 |
| 14 | 94 |
| 15 | 124 |
| 16 | 50 |
| 17 | 125 |
| 18 | 4 |
| 19 | 100 |
| 20 | 28 |
| 21 | 76 |
| 22 | 12 |
| 23 | 117 |
| 24 | 81 |
| 25 | 22 |
| 26 | 90 |
| 27 | 116 |
| 28 | 127 |
| 29 | 21 |
| 30 | 108 |
| 31 | 66 |

*Figure 7 (Sheet 1 of 3)*

Mapping Unit 2

| Secondary Index | Primary Index |
|:---:|:---:|
| 0 | 31 |
| 1 | 21 |
| 2 | 9 |
| 3 | 3 |
| 4 | 10 |
| 5 | 2 |
| 6 | 19 |
| 7 | 26 |
| 8 | 4 |
| 9 | 3 |
| 10 | 11 |
| 11 | 29 |
| 12 | 15 |
| 13 | 27 |
| 14 | 21 |
| 15 | 12 |

**Figure 7 (Sheet 2 of 3)**

Mapping Unit 3

| Secondary Index | Primary Index |
|:---:|:---:|
| 0 | 16 |
| 1 | 1 |
| 2 | 0 |
| 3 | 0 |
| 4 | 8 |
| 5 | 25 |
| 6 | 22 |
| 7 | 20 |
| 8 | 19 |
| 9 | 23 |
| 10 | 20 |
| 11 | 31 |
| 12 | 4 |
| 13 | 31 |
| 14 | 20 |
| 15 | 31 |

*Figure 7 (Sheet 3 of 3)*

5,920,853

1

## SIGNAL COMPRESSION USING INDEX MAPPING TECHNIQUE FOR THE SHARING OF QUANTIZATION TABLES

### FIELD OF INVENTION

The present invention relates to data compression in communications systems and in particular to scalar and vector quantization in speech, audio and image coding using embedded design.

### ART BACKGROUND

Modern communications systems rely heavily on data compression techniques for "lossy" coding of signals such as speech, audio, still images and video sequences. As can be understood by those skilled in the art, coding of signals can done in either "lossy" or "lossless" methods, where lossy coding means that some distortion is introduced to the input signal by the coding system.

FIG. 1 depicts a general structure of a module (10) for signal compression and decompression in accordance with the present invention. The module (10) comprises an encoder (100) and a decoder (150). For data-receiving operations, only a decoder (150) is required. For data transmissions between two separate stations, the encoder and decoder should be provided at both the transmitting station and the receiving station. As a conceptual tool, compression will be described as occurring at the encoder (100) and decompression will be described as occurring at the decoder (150). In practical implementation, the encoder (100) and decoder (150) are contained in a single data module (10), which is implemented at both the transmitter station and receiver station.

The input signal (110) to the system is fed into the feature extraction unit (120) of the encoder (100). The extracted features are quantized by the feature quantization unit (130) and the resulting representation (131), which may include indices, is sent to the decoder (150). The features decoding unit (160) receives the lossy representation (151) and generates the lossy version (161) of the features from the lossy representation (151). The lossy version (161) is used by the signal reconstruction module (170) to produce the reconstructed output signal (180).

As can be understood from the description above, quantization methods play a major role in data compression. Quantization can be done on a single feature of the compressed signal, commonly called Scalar Quantization (SQ), or can be performed on a vector of features, commonly called Vector Quantization (VQ). Since a single feature can be regarded as a one-dimensional vector, SQ can be considered as a particular case of VQ. In the following description of this disclosure, the VQ schemes will be discussed. An example of speech coding algorithm which utilizes VQ as well as SQ is the recently adopted International Telecommunications Union (ITU) Recommendation G.729.

The concept of VQ is a well-established technique for signal compression. The technique can be generalized as follows. A table which holds a set of vectors, representing the signal (or some features of the signal), is first constructed. For each vector of the original signal (or a feature vector), the table is searched for the best representative entry in the table. The index of that entry is then stored or transmitted. Using the index as a pointer to an entry in the table, a lossy version of the original vector can be retrieved. The quantization table can be stored or can be represented according to some rule(s), such as a mapping scheme from an index to a vector.

2

FIG. 2 illustrates a typical structure of a VQ encoder (200) and a VQ decoder (250). The input vector (215) is presented to the search unit (220). The search unit (220) compares the input vector to each of the vectors stored in the VQ table (225), using the comparison unit (230). The comparison unit (230) compares the input vector to a vector in the table (225) using a distance measure which can also depend on a vector of distance parameters (235). The index (140) of the best representative vector is stored or transmitted to the VQ decoder (250) through a communications channel (245). The VQ decoder (250), including a retrieval unit (255), uses the index (240) to retrieve an entry from a copy (260) of the VQ table (225), which becomes the decoded output (265).

In some applications, the VQ table may be represented by a few smaller tables and a combining unit. The single index into the former larger table can be replaced with a few indices into these small tables. Upon retrieval, the entries from all the tables are combined into one output vector. Such VQ systems are commonly called "product code VQ."

The basic structure of a product code VQ is depicted in FIG. 3. A produce code encoder (310) communicates with a product code decoder (350) (or "VQ decoder") via a communication channel (345) coupled to a retrieval unit (360). The input vector (315) is presented to the search unit (320). The search unit (320) compares the input vector to the entries in the multiple VQ tables (325), using the comparison unit (330). The comparison unit (330) compares the input vector to some combination of the vectors in the tables using a distance measure which can depend also on a vector of distance parameters (335). The indices (340) are stored or transmitted to the VQ decoder (350). The VQ decoder (350) uses the indices (340) to retrieve the entries from a copy (355) of the VQ table (325) and combine them using a combining unit (365). The combined vector becomes the decoded output (370).

Commonly, each signal compression scheme (such as a speech coding algorithm) uses specifically pre-designed quantization tables, which might be large and occupy a significant portion of the available memory.

However, in many practical applications, different compression schemes are used for the same signal. For example, different coding algorithms can be used for different rates in a variable-rate speech coding scheme. Hence, a method for sharing quantization tables in those cases is greatly desired. If all the schemes are designed at the same time, quantization tables can be shared by a technique called Constrained Storage VQ ("CSVQ"). However, if a new compression scheme is designed to work together with an already existing compression scheme, a new approach to the sharing of quantization tables is needed.

### SUMMARY OF THE PRESENT INVENTION

A signal compression system is disclosed, which generally comprises a coder and a decoder. The coder comprises an extraction unit for extracting an input feature vector from an input signal, a coder memory unit for storing a pre-designed VQ table for the coder with the coder memory unit using a set of primary indices to address entries within the pre-designed VQ table, a coder mapping unit for mapping indices from a set of secondary indices to the set of primary indices with the set of secondary indices corresponding to a pre-selected subset of the pre-designed VQ table, a search unit for searching for one index out of the set of secondary indices with the index from the set of secondary indices corresponding to an entry in the coder memory unit, wherein the entry best represents the input feature vector according

5,920,853

3

to some predetermined criteria. The index from the set of secondary indices can then be transmitted through a communications channel.

On the decoder side, the decoder comprises a decoder memory unit for storing the same pre-designed VQ table as the coder memory unit with the decoder memory unit also using the set of primary indices to address entries within the pre-designed VQ table, a decoder mapping unit for mapping the one index from the set of secondary indices to one index from the set of primary indices, a retrieval unit for retrieving an entry from the decoder memory unit by mapping the one index from the set of primary indices to an entry from the decoder memory unit, wherein the entry best represents the input feature vector.

The index mapping approach in accordance with the present invention can be applied to address the problem of spectral quantization for speech signals, as well as spectral quantization of the background noise presented during silence periods. In many speech communications systems, the pre-designed VQ table (420) is designed for a faithful representation of the speech spectrum. However, the background noise during silence periods can be faithfully represented using a smaller number of bits and smaller quantization tables. A subset of the tables used for speech spectral quantization can be chosen to represent the spectrum of the background noise, and the index mapping technique described above can be used to represent this subset. Further, different search units and comparison units can be used for speech spectral quantization and for background noise spectral quantization.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts a typical structure of a module for signal compression and decompression using VQ quantization.

FIG. 2 depicts a typical structure of a VQ encoder and a VQ decoder.

FIG. 3 depicts a basic structure of a product code VQ.

FIG. 4 depicts a generalized structure of the index mapping system in accordance with the present invention.

FIG. 5 depicts a generalize structure of multiple index mapping system in accordance with the present invention.

FIG. 6 lists the three (3) pre-designed VQ tables in accordance with the ITU Recommendations G.729/G.729A.

FIG. 7 lists the three (3) index mapping units for the three (3) VQ tables in accordance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

An efficient data compression and decompression system using VQ for a communications system is disclosed. In the following description, numerous specific details are set forth, such as tables, indices, or memory sizes, in order to provide a thorough understanding of the present invention. It should be understood, however, by those skilled in the art that these details are not required to practice the present invention. In other instances, well known circuits, methods and the like are not set forth in detail to avoid unnecessarily obscuring the present invention.

In any speech coding system, the quantization of the speech spectrum requires a substantial number of bits for its faithful representation of the wide range of speech spectra. However, a background acoustic noise is almost always present during typical speech communications in a car, in an office or on the street. The spectrum of the background noise has a much smaller dynamic range

4

than that of speech communications, and thus requires much fewer number of bits for its faithful representation. Therefore, the usage of the conventional quantization scheme for the speech spectrum in order to quantize the background noise spectrum has become redundant due to the number of bits required.

A possible solution to the above-described problem is to have a different representation for the spectrum of the background noise. This representation may also be of the form of tables which have smaller sizes than the ones used for speech, due to the considerably fewer number of bits needed for the spectrum representation of the background noise. However, this approach ends up requiring a substantial increase in memory storage for the new tables, as can be appreciated by those skilled in the art.

A further improved approach to the above-described problem is to use a reduced version of the existing tables, which represent the speech spectrum, for the representation of the background noise spectrum. To that end, an auxiliary look-up table of an extremely small memory storage requirement can be designed. This auxiliary table uses indices of the pre-selected useful entries from the speech spectrum tables. As can be appreciated by those skilled in the art, this approach will result in a much less complex system, as well as fewer number of bits for representing the background noise.

With the above described system in mind, the data compression system in accordance with the present invention uses a scheme of index mapping, which can be implemented using a table of look-up pointers, for sharing quantization tables. The basic structure of an index mapping system is described in FIG. 4. A feature vector (410) has to be quantized by a pre-designed VQ table (420). However, only a predetermined subset of the entries of the pre-designed VQ table (420) needs to be used for the quantization of the feature vector (410). This pre-determined subset of the entries is defined by its set of primary indices (430) into the quantization table (420). The set of primary indices (430) is generated by a mapping unit (440) from a set of secondary indices (450). A search unit (460) runs over all the indices in the set of secondary indices (450), each defining a unique entry in the VQ table (420) by the index mapping unit (440), and chooses the entry from the pre-determined subset of the entries which best represents the features vector according to a predetermined set of criteria, through the comparison unit (465). The indices from the set of secondary indices (450) are now describing the "lossy" representation (131) of the features vector (410) and transmitted to by a decoder (150) of FIG. 1.

The index mapping technique described above can be extended to include a multiplicity of pre-designed VQ tables and a multiplicity of index mapping units for the implementation of various product code VQ systems (as in FIG. 3). Note that in FIG. 3, each VQ table (325, 355) can be implemented by a unique pair of index mapping unit and a pre-designed VQ table such as index 440 and table 420 in FIG. 4.

The index mapping approach in accordance with the present invention may be further applied to address the problem of spectral quantization for speech signals, as well as spectral quantization of the background noise presented during silence periods. In many speech communications systems, the pre-designed VQ table (420) is designed for a faithful representation of the speech spectrum. Similarly, the background noise during silence periods can also be faithfully represented using smaller number of bits and smaller

5,920,853

5

quantization tables. A subset of the tables used for speech spectral quantization can be chosen to represent the spectrum of the background noise, and the index mapping technique described above can be used to represent this subset. As should be noted, different search units and comparison units can be used for speech spectral quantization and for background noise spectral quantization.

A 3-table product code VQ with 128, 32, and 32 entries is used for spectral quantization of speech signals in the ITU Recommendations G.729 and Annex A of Recommendations G.729 ("G.729A"). The 3-table product code VQ according to the Recommendations is listed in FIG. 6. However, as contributed by Assignee of the present invention, for the quantization of the background noise in Recommendations G.729B, only 32, 16 and 16 entries, respectively, out of the 3 VQ tables are needed. The 3 mapping units for the 3 VQ tables in accordance with the present invention are listed in FIG. 7. The contents of ITU Recommendations G.729, G.729A and G.729B ("Coding of Speech at 8 kbit/s Using Conjugate-Structured Algebraic-Code-Excited Linear-Prediction" and its Annexes A and B) are hereby incorporated by reference.

FIG. 5 depicts an index mapping system for the quantization of the background noise according to the ITU Recommendations G.729B. Two indices are used to describe the entries into the VQ tables. The first index (510) is mapped by the first index mapping module (520) into the first VQ table (530). The second index (550) is mapped by the second index mapping module (560) into the second VQ table (570) and is also mapped by the third index mapping module (580) into the third VQ table (590).

From the above description, a methodology for sharing quantization tables between different data compression schemes have been disclosed. The methodology uses index mapping technique into existing quantization tables for table space reduction and memory saving. In particular, the methodology according to the present invention allows for sharing spectral quantization tables between Recommendations G.729/G.729A and G.729B.

Although only a few exemplary embodiments of this invention have been described in detail above, those skilled in the art will readily appreciate that many modifications are possible in the exemplary embodiments without materially departing from the novel teachings and advantages of this invention. Accordingly, all such modifications are intended to be included within the scope of this invention as defined in the following claims. In the claims, means-plus-function clauses are intended to cover the structures described herein as performing the recited function and not only structural equivalents but also equivalent structures. Thus although a nail and a screw may not be structural equivalents in that a nail employs a cylindrical surface to secure wooden parts together, whereas a screw employs a helical surface, in the environment of fastening wooden parts, a nail and a screw may be equivalent structures.

We claim:

1. A system for coding and decoding feature vectors of a signal transmitted through a communications channel, comprising a coder and a decoder, wherein:

a) the coder comprises:

extraction means for extracting an input feature vector from the signal;

coder memory means for storing one pre-designed VQ table for the coder, the coder memory means using a set of primary indices to address entries within the pre-designed VQ table;

6

coder mapping unit for mapping indices from a set of fixed length secondary indices to the set of primary indices, the set of secondary indices corresponding to one pre-selected subset of the pre-designed VQ table;

search means coupled to the coder mapping unit for searching for one index out of the set of secondary indices, wherein the one index from the set of secondary indices corresponds to one index from the set of primary indices which corresponds to an entry in the coder memory means, wherein the entry in the coder memory means which best represents the input feature vector according to predetermined criteria;

b) the decoder comprises:

decoder memory means for storing the same at least one pre-designed VQ table as stored by the coder memory means, the decoder memory means also using the set of primary indices to address entries within the pre-designed VQ table;

decoder mapping unit for mapping the one index from the set of secondary indices to one index from the set of primary indices;

retrieval means for retrieving an entry from the decoder memory means by mapping the one index from the set of primary indices as mapped by the decoder mapping unit to one entry from the decoder memory means, wherein the entry best represents the input feature vector.

2. A system according to claim 1, wherein:

the coder mapping unit comprises a lookup table; and

the decoder mapping unit comprises a lookup table.

3. A coder for coding feature vectors of a signal for processing, comprising:

extraction means for extracting an input feature vector from the signal;

coder memory means for storing one pre-designed VQ table for the coder, the coder memory means using a set of primary indices to address entries within the pre-designed VQ table;

coder mapping unit for mapping indices from a set of fixed length secondary indices to the set of primary indices, the set of secondary indices corresponding to one pre-selected subset of the pre-designed VQ table;

search means coupled to the coder mapping unit for searching for one index out of the set of secondary indices, wherein the one index from the set of secondary indices corresponds to one index from the set of primary indices which corresponds to an entry in the coder memory means, wherein the entry in the coder memory means best represents the input feature vector according to predetermined criteria to an entry in the coder memory means which best represents the input feature vector according to predetermined criteria.

4. A decoder for decoding a feature vector of a signal received from a coder having a pre-designed VQ table, a set of primary indices, and a set of fixed length secondary indices associated therewith, said decoder comprising:

decoder memory means for storing the pre-designed VQ table and a pre-selected subset of the pre-designed VQ table associated with the set of secondary indices, wherein the decoder memory means uses the set of primary indices to address entries within the pre-designed VQ table;

decoder mapping unit for mapping an index from the set of secondary indices to an index from the set of primary indices;

5,920,853

7

retrieval means for retrieving an entry from the decoder memory means by mapping the index from the set of primary indices as mapped by the decoder mapping unit to an entry from the decoder memory means, wherein the entry best represents the feature vector.

5. A system for coding and decoding feature vectors of a signal transmitted through a communications channel, comprising a coder and a decoder, wherein:

a) the coder comprises:

extraction means for extracting an input feature vector from the signal;

coder memory means for storing at least one pre-designed VQ table for the coder, the coder memory means using at least one set of primary indices to address entries within the at least one pre-designed VQ table;

at least one coder mapping unit for mapping indices from at least one set of fixed length secondary indices to the at least one set of primary indices, the at least one set of secondary indices corresponding to at least one pre-selected subset of the pre-designed VQ table;

search means coupled to the coder mapping means for searching for a least one index out of the at least one set of secondary indices, wherein the at least one index from the at least one set of secondary indices corresponds to at least one index from the at least one set of primary indices which corresponds to at least one entry in the coder memory means, wherein the at least one entry in the coder memory means best represents the input feature vector according to predetermined criteria to at least one entry in the coder memory means which best represents to the input feature vector according to predetermined criteria;

b) the decoder comprises:

decoder memory means for storing at least one pre-designed VQ table which is the same as stored by the coder memory means, the decoder memory means also using at least one set of primary indices to address entries within the at least one pre-designed VQ table;

decoder mapping unit for mapping the at least one index from the least one set of secondary indices to the at least one set of primary indices;

retrieval means for retrieving at least one entry from the decoder memory means by mapping the at least one index from the at least one set of primary indices as mapped by the decoder mapping unit to at least one entry from the decoder memory means, wherein the at least one entry best represents the input feature vector.

6. A coder for coding feature vectors of a signal, comprising:

extraction means for extracting an input feature vector from the signal;

coder memory means for storing at least one pre-designed VQ table for the coder, the coder memory means using at least one set of primary indices to address entries within the at least one pre-designed VQ table;

at least one coder mapping unit for mapping indices from at least one set of fixed length secondary indices to the at least one set of primary indices, the at least one set of secondary indices corresponding to at least one pre-selected subset of the pre-designed VQ table;

search means coupled to the coder mapping means for searching for at least one index out of the at least one set of secondary indices, wherein the at least one index corresponds to at least one index from the at least one set of primary indices which corresponds to at least one

8

entry in the coder memory means, wherein the at least one entry in the coder memory means best represents the input feature vector according to predetermined criteria to at least one entry in the coder memory means which best represents to the input feature vector according to predetermined criteria.

7. A decoder for decoding a feature vector of a signal, which is coded by a coder comprising coder memory means with at least one pre-designed VQ table, said decoder comprising:

decoder memory means for storing said at least one pre-designed VQ table and a pre-selected subset of the pre-designed VQ table associated with a set of fixed length secondary indices, wherein the decoder memory means uses at least one set of primary indices to address entries within the at least one pre-designed VQ table;

decoder mapping unit for mapping at least one index from the set of secondary indices to the at least one set of primary indices;

retrieval means for retrieving at least one entry from the decoder memory means by mapping the at least one index as mapped by the decoder mapping unit to at least one entry from the decoder memory means, wherein the at least one entry best represents the feature vector.

8. A coder for coding feature vectors of a signal, comprising:

extraction means for extracting an input feature vector from the signal;

coder memory means for storing first, second and third pre-designed VQ tables for the coder, the coder memory means using first, second and third sets of primary indices to address entries within the first, second and third pre-designed VQ tables, respectively;

three (3) coder mapping units for mapping indices from a first set of fixed length secondary indices to the first set of primary indices and from a second set of fixed length secondary indices to the second and third sets of primary indices, wherein the first and second sets of secondary indices correspond to 3 subsets of the first, second and third sets of primary indices of the first, second and third pre-designed VQ tables, respectively;

search means coupled to the 3 coder mapping units for searching for 2 secondary indices out of the first and second sets of secondary indices, wherein each of the 2 secondary indices from the first and second sets of secondary indices corresponds to 3 indices from the first, second and third sets of primary indices which correspond to 3 entries in the coder memory means' 3 pre-designed VQ tables, wherein the 3 entries best represent the input feature vector according to predetermined criteria.

9. The system according to claim 8, wherein the 3 coder mapping units are implemented using first, second and third lookup tables, wherein:

first lookup table comprises: {96, 52, 20, 54, 86, 114, 82, 68, 36, 121, 48, 92, 18, 120, 94, 124, 50, 125, 4, 100, 28, 76, 12, 117, 81, 22, 90, 116, 127, 21, 108, 66};

second lookup table comprises: {31, 21, 9, 3, 10, 2, 19, 26, 4, 3, 11, 29, 15, 27, 21, 12}; and

third lookup table comprises: {16, 1, 0, 0, 8, 25, 22, 20, 19, 23, 20, 31, 4, 31, 20, 31}.

10. The system according to claim 8, wherein the 3 coder mapping units comprise:

first means for generating a mapping from a secondary index to a primary index in accordance with a first set

5,920,853

9

of ordered pairs of secondary and primary indices respectively, comprising: {0,96}, {1,52},{2,20}, {3,54}, {4,86}, {5,114},{6,82}, {7,68}, {8,36}, {9,121},{10,48}, {11, 92}, {12,18}, {13,120}, {14, 94}, {15,124}, {16,50}, {17,125}, {18,4}, {19,100}, {20,28}, {21,76}, {22,12}, {23,117}, {24,81}, {25, 22}, {26,90}, {27,116}, {28,127}, {29,21}, {30, 108}, {31,66};

second means for generating a mapping from a secondary index to a primary index in accordance with a second set of ordered pairs of secondary and primary indices respectively, comprising: {0,31}, {1,21}, {2,9}, {3,3}, {4,10}, {5,2}, {6,19}, {7,26}, {8,4}, {9,3}, {10,11}, {11,29}, {12,15}, {13,27}, {14,21}, {15,12};

third means for generating a mapping from a secondary index to a primary index in accordance with a third set of ordered pairs of secondary and primary indices respectively, comprising: {0,16}, {1,1}, {2,0}, {3,0}, {4,8}, {5,25}, {6,22}, {7,20}, {8,19}, {9,23}, {10,20}, {11,31}, {12,4}, {13,31}, {14,20}, {15,31}.

11. A decoder for decoding a feature vector of a coded signal based on a first and second set of fixed length secondary indices, wherein the coded signal has been coded by a coder with first, second and third pre-designed VQ tables, comprising:

means for receiving the first and second secondary indices;

decoder memory means for storing the first, second and third pre-designed VQ tables which are the same VQ tables as stored by the coder, the decoder memory means using first, second and third sets of primary indices to address entries within the first, second and third pre-designed VQ tables;

three (3) decoder mapping units for mapping the first secondary index to a first primary index out of the first set of primary indices, and mapping the second secondary index to second and third primary indices out of the second and third sets of primary indices;

retrieval means for retrieving 3 entries from the decoder memory means by mapping the first, secondary and third primary indices as mapped by the three decoder mapping units to 3 entries from the decoder memory means, wherein the 3 entries best represent the feature vector.

12. A system for coding and decoding feature vectors of a signal transmitted through a communications channel, comprising a coder and a decoder, wherein:

a) the coder comprises:

extraction means for extracting an input feature vector from the signal;

coder memory means for storing first, second and third pre-designed VQ tables for the coder, the coder memory means using first, second and third sets of primary indices to address entries within the first, second and third pre-designed VQ tables, respectively;

three (3) coder mapping units for mapping indices from a first set of fixed-length secondary indices to the first set of primary indices and from a second set of fixed-length secondary indices to the second and third sets of primary indices, the first and second sets of secondary indices corresponding to 3 subsets of the first, second and third sets of primary indices of the first, second and third pre-designed VQ tables, respectively;

search means coupled to the 3 coder mapping units for searching for 2 secondary indices out of the first and second sets of secondary indices, wherein each of the

10

2 secondary indices from the first and second sets of secondary indices corresponds to 3 entries from the first, second and third set of primary indices, wherein the 3 entries best represent the input feature vector according to predetermined criteria; and

b) the decoder comprises:

means for receiving the first and second secondary indices;

decoder memory means for storing the first, second and third pre-designed VQ tables, the decoder memory means using first, second and third sets of primary indices to address entries within the first, second and third pre-designed VQ tables;

three (3) decoder mapping units for mapping the first secondary index to a first primary index out of the first set of primary indices, and mapping the second secondary index to second and third primary indices out of the second and third sets of primary indices;

retrieval means for retrieving 3 entries from the decoder memory means by mapping the first, second and third primary indices as mapped by the three decoder mapping units to 3 entries from the decoder memory means, wherein the 3 entries best represent the input feature vector.

13. The system according to claim 12, wherein said signal comprises an encoded speech signal comprising a speech period and a silence period, and wherein said speech period is encoded in accordance with said three pre-designed VQ tables, and said silence period is encoded in defined with said first and second set of secondary indices.

14. The system according to claim 12, wherein the 3 coder mapping units are implemented using first, second and third lookup tables, wherein:

first lookup table comprises: {96, 52, 20, 54, 86, 114, 82, 68, 36, 121, 48, 92, 18, 120, 94, 124, 50, 125, 4, 100, 28, 76, 12, 117, 81, 22, 90, 116, 127, 21, 108, 66};

second lookup table comprises: {31, 21, 9, 3, 10, 2, 19, 26, 4, 3, 11, 29, 15, 27, 21, 12}; and

third lookup table comprises: {16, 1, 0, 0, 8, 25, 22, 20, 19, 23, 20, 31, 4, 31, 20, 31}.

15. The system according to claim 12, wherein the 3 coder mapping units comprises:

first means for generating a mapping from a secondary index to a primary index in accordance with a first set of ordered pairs of secondary and primary indices respectfully, comprising: {0,96}, {1,52}, {2,20}, {3,54}, {4,86}, {5,114}, {6,82}, {7,68},{8,36}, {9,121},{10,48}, {11, ρ}, {12,18}, {13,120}, {14,94}, {15,124}, {16,50}, {17,125}, {18,4}, {19,100}, {20,28}, {21,76}, {22,12}, {23,117}, {24,81}, {25,22}, {26,90}, {27,116}, {28,127}, {29,21}, {30, 108}, {31,66};

second means for generating a mapping from a secondary index to a primary index in accordance with a second set of ordered pairs of secondary and primary indices respectively, comprising: {0,31}, {1,21}, {2,9}, {3,3}, {4,10}, {5,2}, {6,19}, {7,26}, {8,4}, {9,2}, {10,11}, {11,29}, {12,15}, {13,27}, {14,21}, {15,12};

third means for generating a mapping from a secondary index to a primary index in accordance with a third set of ordered pairs of secondary and primary indices respectively, comprising: {0,16}, {1,1}, {2,0}, {3,0}, {4,8}, {5,25}, {6,22}, {7,20}, {8,19}, {9,23}, {10,20}, {11,31}, {12,4}, {13,31}, {14,20}, {15,31}.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 5,920,853                                    Page 1 of  1
APPLICATION NO. : 08/702780
DATED                : July 6, 1999
INVENTOR(S)      : Benyassine et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the claims, column 6, lines 52-54, delete "to an entry in the coder memory means which best represents the input feature vector according to predetermined criteria."

In the claims, column 7, lines 31-33, delete "to at least one entry in the coder memory means which best represents the input feature vector according to predetermined criteria."

In the claims, column 8, lines 4-6, delete "to at least one entry in the coder memory means which best represents the input feature vector according to predetermined criteria."

Signed and Sealed this

Twenty-fourth Day of August, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>AIM IP, LLC | **DEFENDANTS**<br>Cisco Systems, Inc.; Hewlett-Packard Co.; Avaya Inc.; D-Link Systems, Inc.;<br>Skype Technologies S.A.; Skype, Inc.; Sonus Network, Inc.; Grandstream<br>Networks, Inc.; Mitel Networks Corporation; and Hellosoft, Inc. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br><br>Alexander C.D. Giza (CA State Bar No. 212327)<br>Russ August & Kabat<br>12424 Wilshire Blvd., Suite 1200, Los Angeles, CA 90025, (310) 826-7474 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** over $75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | IMMIGRATION | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | ☐ 465 Other Immigration Actions | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   **SACV11-00533   RNB**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                             ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                             ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                             ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Orange (D-Link); Santa Clara (Cisco); Santa Clara (HP); New Jersey (Avaya); Luxembourg (Skype Tech.); Santa Clara (Skype); Massachusetts (Sonus); Massachusetts (Grandstream); Canada (Mitel); Santa Clara (HelloSoft) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_  Date April 6, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

RUSS, AUGUST & KABAT
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone:  (310) 826-7474

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIM IP, LLC, a California limited liability company, | CASE NUMBER |
| PLAINTIFF(S) | **SACV11-00533    RNB** |
| v. | |
| CISCO SYSTEMS, INC., a California corporation, | |
| (See Attachment A for list of additional Defendants) | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney,  Alexander C.D. Giza_____, whose address is Russ, August & Kabat, 12424 Wilshire Blvd., 12th Floor, Los Angeles, CA 90025_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  APR -6 2011

**ROLLS ROYCE PASCHAL**

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# ATTACHMENT A

## LIST OF ADDITIONAL DEFENDANTS

HEWLETT-PACKARD COMPANY, a Delaware corporation;
AVAYA INC., a Delaware corporation;
D-LINK SYSTEMS, INC., a California corporation;
SKYPE TECHNOLOGIES S.A., a Luxembourg corporation;
SKYPE, INC., a California corporation;
SONUS NETWORK, INC., a Delaware corporation;
GRANDSTREAM NETWORKS, INC., a Delaware corporation;
MITEL NETWORKS CORPORATION, a Canadian corporation; and
HELLOSOFT, INC, a Delaware corporation.