NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474

ATTORNEYS FOR: Plaintiff, AIM IP, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AIM IP, LLC, a California limited liability company,

Plaintiff(s),

v.

CISCO SYSTEMS, INC., a California corporation, et al.

Defendant(s).

CASE NUMBER:

SACV11-00533   RNB

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for AIM IP, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                    **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

AIM IP, LLC                                  Plaintiff

April 6, 2011
Date

Sign

Alexander C.D. Giza
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES