# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIM IP LLC, | Case No. SACV 11-0533 RNB |
| Plaintiffs, | |
| vs. | ORDER TO SHOW CAUSE |
| CISCO SYSTEMS, INC., et al., | |
| Defendants. | |

To date, no proofs of service have been filed, and it therefore appears to the Court that none of the remaining defendants has been served within the 120-day period allowed for accomplishment of service of the summons and complaint under Federal Rule of Civil Procedure 4(m). By the Court's calculation, the service period expired here on August 4, 2011.

Accordingly, pursuant to Rule 4(m) and Local Rule 41-1, plaintiff is ORDERED to show good cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff's counsel under penalty of perjury, within fourteen (14) days of the service date of this Order. **If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for its failure to timely serve, this action will be**

**subject to dismissal without prejudice for failure to prosecute.** <u>See</u> Fed. R. Civ. P. 4(m); Local Rule 41-1; <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); <u>see also</u> <u>Carey v. King</u>, 856 F.2d 1439, 1440 (9th Cir. 1988).

DATED: <u>August 8, 2011</u>

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE